SADIE GOLDMAN, Appellant, v. ANNA SONTAG et al., Respondents.

Argued June 16, 1942; decided July 29, 1942.

*Benjamin M. Goldstein, Ellsworth Baker* and *Carl P. Goldstein* for appellant.

*John D. Lyons* and *Samuel Mezansky* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.